IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES SEVELA, as personal representative of the Estate of Bryce J. Bolen, deceased, on behalf of himself and all others similarly situated, | ) ) ) ) ) | Case No. 8:18-CV-390 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER** |
| KOZENY & McCUBBIN, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' joint stipulation ([Filing No. 50](Filing No. 50)) to amend the progression order ([Filing No. 27](Filing No. 27)) and set a deadline for a class certification motion. The motion is granted.

Accordingly,

**IT IS ORDERED** as follows:

1. Plaintiff shall file a motion for class certification by January 16, 2020.

2. The trial, pretrial conference, and all progression deadlines are continued and will be reset following a ruling on the motion for class certification.

3. The parties shall contact the Court no later than seven days following the Court's ruling on the motion for class certification to schedule a telephone conference to reset the trial, pretrial conference, and progression deadlines.

DATED this 30th day of May, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge