# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES SEVELA, as Personal Representative of the Estate of Bryce J. Bolen, deceased, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>KOZENY & MCCUBBIN, L.C., and JOHN DOES,<br><br>Defendants. | 8:18CV390<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. Plaintiff James Sevela's Motion for Partial Summary Judgment, ECF No. 73, is denied; and

2. The above-captioned action is dismissed without prejudice for lack of jurisdiction.

Dated this 28th day of January, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge